UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE NATHANIEL GLYNN,

               Plaintiff,

    -against-

JOHN GLOVER ROBERTS JUNIOR.,

               Defendant.

26 CIVIL 003074 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the April 24, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

    SO ORDERED.

Dated:   April 29, 2026

       New York, New York

                           /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                 Chief United States District Judge